IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN FRAZIER,

       Plaintiff,

v.                             Case No. 1:18cv212-MW/GRJ

WARDEN T. LAMB, et al.,

       Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on November 6, 2018.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**